808

No. 1054. LaCamera v. Pennsylvania. Supreme Court of Pennsylvania. Certiorari denied. *Pearse O'Connor* for petitioner.

No. 1055. Schwartz v. Heyden Newport Chemical Corp. et al. Court of Appeals of New York. Certiorari denied. *Julius Schein* for petitioner. *Harmon Duncombe* for respondent Heyden Newport Chemical Corp.

No. 1056. Trumbull Asphalt Co. of Delaware v. National Labor Relations Board. C. A. 7th Cir. Certiorari denied. *Harold T. Halfpenny* and *Mary M. Shaw* for petitioner. *Solicitor General Cox, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 1057. Appleton Electric Co. v. Janecko. Supreme Court of Illinois. Certiorari denied. *Charles I. Calisoff* for petitioner. *Irving S. Abrams* for respondent.

No. 1063. Simmons v. Washington ex rel. Carroll. Supreme Court of Washington. Certiorari denied. *Laurence D. Regal* for petitioner. *James E. Kennedy* for respondent.

No. 1014. Burdikoff et al. v. Russian Orthodox Greek Catholic St. Peter and St. Paul's Church of Lorain, Ohio, et al. Court of Appeals of Ohio, Lorain County. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. *John R. Vintilla* for petitioners. *Ralph Montgomery Arkush* and *Charles H. Tuttle* for respondents.